1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
   700 Broadway
3  New York, New York 10003
   Telephone: 212-558-5000
4  Facsimile: 212-344-5461
   Attorneys for Plaintiffs

5

6

7

8
                  UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10

11

12  This Document Relates to:                    )
                                                 )
13  *Grant Kiser v. Pfizer Inc, et al.*          )   **MDL NO. 1699**
    (06-6118 CRB)                                )   **District Judge:  Charles R. Breyer**
14                                               )
    *Connie Friedman-May, et al. v. Pfizer Inc, et* )
15  *al.*                                        )
    (06-6119 CRB)                                )
16                                               )   **STIPULATION AND ORDER OF**
    *Noralynn Roman, et al. v. Pfizer Inc, et al.* )   **DISMISSAL WITH PREJUDICE**
17  (06-6120 CRB)                                )
                                                 )
18  *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* )
    (06-6121 CRB)                                )
19                                               )
    *Robert McCarrell v. Pfizer Inc, et al.*     )
20  (06-6124 CRB)                                )
                                                 )
21  *Doris Hocker v. Pfizer Inc, et al.*         )
    (06-6129 CRB)                                )
22                                               )
    *Patricia Rogers v. Pfizer Inc, et al.*      )
23  (06-6130 CRB)                                )
                                                 )
24  *Robert Bates, et al. v. Pfizer Inc, et al.* )
    (06-6131 CRB)                                )
25                                               )
    *Patrick Lynch v. Pfizer Inc, et al.*        )
26  (06-6132 CRB)                                )
                                                 )
27  *Christine Sullivan, et al. v. Pfizer Inc, et al.* )
    (06-6157 CRB)                                )
28  _____)

                              -1-

EASTW2584625.1

1   *Robert E. Murray, et al. v. Pfizer, Inc, et al.*   )
    (06-6158 CRB)                                        )
2                                                        )
    *Donald Davidson, et al. v. Pfizer Inc, et al.*      )
3   (06-6161 CRB)                                        )
                                                         )
4   *Delores Poyner v. Pfizer Inc, et al.*               )
    (06-6165 CRB)                                        )
5                                                        )
    *James Chapman, et al. v. Pfizer Inc, et al.*        )
6   (06-6166 CRB)                                        )
                                                         )
7   *Michael Aquino, et al. v. Pfizer Inc, et al.*       )
    (06-6168 CRB)                                        )
8                                                        )
    *Marie Shepard, et al. v. Pfizer Inc, et al.*        )
9   (06-6169 CRB)                                        )
                                                         )
10  *James I. Jones, et al. v. Pfizer Inc, et al.*       )
    (06-6171 CRB)                                        )
11                                                       )
    *Thomas Kamin, et al. v. Pfizer Inc, et al.*         )
12  (06-6173 CRB)                                        )
                                                         )
13  *Ruben Dominguez v. Pfizer Inc, et al.*              )
    (06-6180 CRB)                                        )
14                                                       )
    *Jennie Graziano v. Pfizer Inc, et al.*              )
15  (06-6186 CRB)                                        )
                                                         )
16  *Leroy Horton, et al. v. Pfizer Inc, et al.*         )
    (06-6190 CRB)                                        )
17                                                       )
    *Jerry Henry, et al. v. Pfizer Inc, et al.*          )
18  (06-6091 CRB)                                        )
                                                         )
19  *Lyle Johnson v. Pfizer Inc, et al.*                 )
    (06-6194 CRB)                                        )
20                                                       )
    *Terry Smith v. Pfizer Inc, et al.*                  )
21  (06-6195 CRB)                                        )
                                                         )
22  *Barbara Dondero, et al. v. Pfizer Inc, et al.*      )
    (06-6196 CRB)                                        )
23                                                       )
    *Barbara Hall v. Pfizer Inc, et al.*                 )
24  (06-6197 CRB)                                        )
                                                         )
25  *Patricia Parson v. Pfizer Inc, et al.*              )
    (06-6198 CRB)                                        )
26                                                       )
    *Effie Crockett, et al. v. Pfizer Inc et al.*        )
27  (06-6199 CRB)                                        )
                                                         )
28  *Lola Kolsen, et al. v. Pfizer Inc, et al.*          )

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42584625.1

1    (06-6200 CRB)              )

2    *Louis Pratt v. Pfizer Inc, et al.*
      (06-6201 CRB)              )

3

      *Paul Madison v. Pfizer Inc, et al.*      )

4    (06-6202 CRB)              )

5    *Nancy Smith, et al. v. Pfizer Inc, et al.*   )
      (06-6203 CRB)              )

6

      *Walter Johnston v. Pfizer Inc, et al.*    )

7    (06-6204 CRB)              )

8    *Murry McEwen v. Pfizer Inc, et al.*     )
      (06-6205 CRB)              )

9

      *Charles Grififn, et al. v. Pfizer, Inc, et al.*   )

10   (06-6206 CRB)              )

11   *Debbie Dethrage v. Pfizer Inc, et al.*    )
      (06-6207 CRB)              )

12

      *Thomas Saunders, et al. v. Pfizer Inc, et al.*   )

13   (06-6208 CRB)              )

14   *Rex McDonald v. Pfizer Inc, et al.*     )
      (06-6210 CRB)              )

15

      *Winetta P. Gillet, et al. v. Pfizer Inc, et al.*   )

16   (06-6211 CRB)              )

17   *Marjory Goodwin v. Pfizer Inc, et al.*    )
      (06-6212 CRB)              )

18

      *Joy Glenn, et al. v. Pfizer Inc, et al.*    )

19   (06-6213 CRB)              )

20   *Connie Henderson, et al. v. Pfizer Inc, et al.*   )
      (06-6283 CRB)              )

21

      *Aubrey Richardson, et al. v. Pfizer Inc, et al.*   )

22   (06-7201 CRB)              )

23   *Glenn Snyder, et al. v. Pfizer Inc, et al.*   )
      (06-7202 CRB)              )

24

      *Jacques Tetrault, et al. v. Pfizer Inc, et al.*   )

25   (06-7203 CRB)              )

26   *Patricia Stevens v. Pfizer Inc, et al.*    )
      (06-7204 CRB)              )

27

      *Robert Jennings, et al. v. Pfizer Inc, et al.*   )

28   (06-7205 CRB)              )

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

1

2   *Alice Richardson, et al. v. Pfizer Inc, et al.*                    )
    (06-7206 CRB)                                                       )
                                                                        )
3   *Steve Pardikes v. Pfizer Inc, et al.*                             )
    (06-7306 CRB)                                                       )
4                                                                       )
    *Rosalyn Chute v. Pfizer Inc, et al.*                              )
5   (06-7381 CRB)                                                       )
                                                                        )
6   *Carolyn Carter v. Pfizer Inc, et al.*                             )
    (06-7570 CRB)                                                       )
7                                                                       )
    *Margoth Gonzalez v. Pfizer Inc, et al.*                           )
8   (06-7571 CRB)                                                       )
                                                                        )
9   *Albert Blossom, et al. v. Pfizer Inc, et al.*                     )
    (06-7676 CRB)                                                       )
10                                                                      )
    *Viola Porter v. Pfizer Inc, et al.*                               )
11  (06-7882 CRB)                                                       )
                                                                        )
12  *Tami McKibben, et al. v. Pfizer Inc, et al.*                      )
    (06-7883 CRB)                                                       )
13                                                                      )
    *Joyce Matson, et al. v. Pfizer Inc, et al.*                       )
14  (06-7958 CRB)                                                       )
                                                                        )
15  *Michael Gatz, v. Pfizer Inc, et al.*                              )
    (06-7959 CRB)                                                       )
16                                                                      )
    *Shamela Carr v. Pfizer Inc, et al.*                               )
17  (07-0022 CRB)                                                       )
                                                                        )
18  *John Kennedy, Jr., et al. v. Pfizer Inc, et al.*                  )
    (07-0023 CRB)                                                       )
19                                                                      )
    *Debi Sweet v. Pfizer Inc, et al.*                                 )
20  (07-0231 CRB)                                                       )
                                                                        )
21  *Clarence Bridges v. Pfizer Inc, et al.*                           )
    (07-0413 CRB)                                                       )
22                                                                      )
    *Elizabeth Hilton, et al. v. Pfizer Inc, et al.*                   )
23  (07-0611 CRB)                                                       )
                                                                        )
24  *Jeffrey Howard, et al. v. Pfizer Inc, et al.*                     )
    (07-0816 CRB)                                                       )
25                                                                      )
    *Brenda Brunson, et al. v. Pfizer Inc, et al.*                     )
26  (07-1280 CRB)                                                       )
                                                                        )
27  *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.*                 )
    (07-1353 CRB)                                                       )
28                                                                      )

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

1  *Emma White, et al. v. Pfizer Inc, et al.* )
   (07-1432 CRB)                            )
2                                           )
   *Abraham Nicholas v. Pfizer Inc, et al.* )
3  (07-1570 CRB)                            )
                                            )
4  *Vanessa King v. Pfizer Inc, et al.*     )
   (06-6815 CRB)                            )
5                                           )
   *Jack Isaacs v. Pfizer Inc, et al.*      )
6  (07-1991 CRB)                            )
                                            )
7  *Michael Coleman v. Pfizer Inc, et al.*  )
   (07-1992 CRB)                            )
8                                           )
   *Detrea Robinson v. Pfizer Inc, et al.*  )
9  (07-2630 CRB)                            )
                                            )
10 *Edna Burnette v. Pfizer Inc, et al.*    )
   (07-2690 CRB)                            )
11                                          )
   *Belinda Rolston, et al. v. Pfizer Inc, et al.* )
12 (07-2691 CRB)                            )
                                            )
13 *Lorraine Maher v. Pfizer Inc, et al.*   )
   (07-2692 CRB)                            )
14                                          )
   *Cloteal Smith, et al. v. Pfizer Inc, et al.* )
15 (07-3284 CRB)                            )

16      Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

17 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

18 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

19 each side bearing its own attorneys' fees and costs.

20

21

22

23

24

25

26

27

28

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

DATED: 10-29 2009      By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009      By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **NOV 1 3 2009**      _____
Hon. Charles R. Breyer
United States District Court

-6-

PPZR/1035934/1132569v.1

EAST\42584625.1